## REAL ESTATE MORTGAGES PAYABLE
### (December 31, 1996)

| | | |
|---|---|---|
| Mortgage -- Northern Trust | $ | 376,451 |
| Home Equity Loan -- Northern Trust | | 100,000 |
| Total Mortgage Debt | $ | 476,451 |

## ASSETS PLEDGED

5,163 shares of Coca-Cola stock are pledged as collateral for the home equity loan with Northern Trust as additional security to obtain rate reduction. Those shares will be released by Northern Trust upon request with a resulting interest rate increase.

| AO-10 Rev. 1/96 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 1995/*1996* | Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C. App. 6, 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial) Middlebrooks, Donald M. | 2. Court or Organization U.S. District Court, Southern District of Florida | | 3. Date of Report 1 / 7 / 97 |
|---|---|---|---|
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) Nomination - U.S. District Judge | 5. Report Type (check appropriate type) X Nomination, Date 1 /7/97 X Initial ___ Annual ___ Final | | 6. Reporting Period 1 /1/95-1 6 /97 |
| 7. Chambers or Office Address 1900 Phillips Point West 777 South Flagler Drive West Palm Beach, FL 33401-6198 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date . | | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Partner (2.6% ownership interest) | Steel Hector & Davis (Law Firm) |
| Partner (22.5% ownership interest) | Lake Lucy Groves (Citrus Grove) |
| Trustee (10% beneficial interest with 10% interest held by minor children) | B.M. Middlebrooks Trust |
| Trustee | Florida Bar Foundation Endowment Trust |
| Director | The Florida Bar Children's Fund, Inc. |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements) | |
| 1996 | Steel Hector & Davis LLP 401K Plan, established February 1, 1982, a defined contribution plan, qualified under sec. 401(a) of the Internal |
| 1995 | Revenue Code. The plan, sponsored and administered by Steel Hector & Davis LLP contains a profit sharing portion and a 401K salary deferral portion. |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 18-25 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| 1. 1996 | Steel Hector & Davis LLP (Law firm partner) (see Part VIII) | $332,561 |
| 2. 1996 | Lake Lucy Groves (Citrus Grove Managing Partner)(see Part VIII) | $approx. 0 |
| 3. 1995 | Steel Hector & Davis (Law firm partner) | $254,113 |
| 4. 1995 | Lake Lucy Groves (Citrus Grove Managing Partner) | $-16,550 |
| 5. 1994 | Steel Hector & Davis (Law firm partner) | $283,537 |
| 6. 1994 | Lake Lucy Groves (Citrus Grove Managing Partner short year initial return 12/1/94-12/31/94) | $-3,570 |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Middlebrooks, Donald M. | 1 / 7 /97 |

## IV. REIMBURSEMENTS and GIFTS -- transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp. 26-29 of Instructions.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE    (No such reportable reimbursements or gifts) | |
| 1 | EXEMPT | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. OTHER GIFTS.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp. 30-33 of Instructions.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | NONE    (No such reportable gifts) | | |
| 1 | EXEMPT | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES.
(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 34-36 of Instructions.)

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE    (No reportable liabilities) | | |
| 1 | Steel Hector & Davis LLP 401K Plan | Participant Loan | K |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |

* VALUE CODES:  J = $15,000 or less   K = $15,001 - $50,000   L = $50,001 - $100,000   M = $100,001 to $250,000
                N = $250,001 - $500,000   O = $500,001 - $1,000,000   P = More than $1,000,000

Digitized by Google

**148**

FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Middlebrooks, Donald M. | 1 / 7 /97 |

**VII. Page 1 INVESTMENTS and TRUSTS** — income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | EXEMPT | | | | |
| 1 Lake Lucy Groves DMM/DC Lake County, FL | A | Saleof Citrus | N | Q 10/92 | | | | | |
| 2 Undivided 1/2 interestLots 101&102 Dog Island, FL J | None | - | K | R | | | | | |
| 3 Citrus Grove, OrangeCty.DMM/ DC B.M.Middlebrooks Trust | A | Saleof Citrus | M | Q 10/92 | | | | | |
| 4 Coca-Cola Common Stock DMM/S/DC | D | Div. | O | T | | | | | |
| 5 Berkshire Hathaway Common A Stock DMM/DC | None | - | N | T | | | | | |
| 6 Hewlett Packard Common Stock | A | Div. | K | T | | | | | |
| 7 Motorola Inc. Common Stock | A | Div. | K | T | | | | | |
| 8 New York Times Common B Stock | A | Div | K | T | | | | | |
| 9 Merck & Co. Common Stock | C | Div. | L | T | | | | | |
| 10 Johnson & Johnson Common Stock | B | Div. | K | T | | | | | |
| 11 Palm Beach Catalog Co.Ltd. Fla. Limited Partnership | None | - | K | U | | | | | |
| 12 Templeton Dev. Markets Trust | A | Div. | K | T | | | | | |
| 13 Templeton Foreign Fund | B | Div. | L | T | | | | | |
| 14 United States Treasury Notes | C | Int. | K | T | | | | | |
| 15 German fed. Republic Bonds | C | Int. | K | T | | | | | |
| 16 General Electric Common Stock (S) | A | Div. | K | T | | | | | |
| 17 Zweig Ser.Tr.Strat.Fund(s) | A | Div | K | T | | | | | |
| 18 Steel Hector & Davis LLP Profit Sharing Fund | D | Earnings | M | T | | | | | |

1  Income/Gain Codes: A=$1,000 or less    B=$1,001 to $2,500    C=$2,501 to $5,000    D=$5,001 to $15,000
   (See Col. B1 & D4)    E=$15,001 to $50,000    F=$50,001 to $100,000    G=$100,001 to $1,000,000    H=More than $1,000,000

2  Value Codes: J=$15,000 or less    K=$15,001 to $50,000    L=$50,001 to $100,000    M=$100,001 to $250,000
   (See Col. C1 & D3)    N=$250,001 to $500,000    O=$500,001 to $1,000,000    P=More than $1,000,000

3  Value Method Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
   (See Col. C2)    U=Book Value    V=Other    W=Estimated

Digitized by Google

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| Middlebrooks, Donald | 1 / 7 / 97 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions    (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A. Description of Assets (including trust assets) Indicate where applicable, owner of the asset by using the parenthetical "(X)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by Dependent Child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g. rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month- Day | (3) Value2 Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 19. .2279179 int. in 300+- acres located in Airport Industrial Park, Orlando, Orange County, FL | None | – | K | Q 8/6/94 | | | | | |
| 20. Steel Hector & Davis LLP Capital Account | D | int. | M | T | | | | | |
| 21. Checking Acct., Northern Trust Bk., WestPalmBeach, FL (J) | A | int. | J | T | | | | | |
| 22. Templeton Emerging Markets Fund (DC) | A | Div. | I | T | | | | | |
| 23. AIM Charter Fund (DC) | A | Div. | J | T | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| 1. Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less | B=$1,001 to $2,500 | C=$2,501 to $5,000 | D=$5,001 to $15,000 |
|---|---|---|---|---|
| | E=$15,001 to $50,000 | F=$50,001 to $100,000 | G=$100,001 to $1,000,000 | H=More than $1,000,000 |
| 2. Value Codes: (See Col. C1 & D3) | J=$15,000 or less | K=$15,001 to $50,000 | L=$50,001 to $100,000 | M=$100,001 to $250,000 |
| | N=$250,001 to $500,000 | O=$500,001 to $1,000,000 | P=More than $1,000,000 | |
| 3. Value Method Codes: (See Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Middlebrooks, Donald M. | Date of Report<br>1/7/97 |
|---|---|---|

**VIII. ADDITIONAL INFORMATION or EXPLANATIONS.** (Indicate part of Report.)

With respect to Part III of the Report, I do not have partnership K-1s for 1996 for either Steel Hector & Davis LLP or Lake Lucy Groves. In the case of Steel Hector, I have reported distributions to me during 1996. My gross income may vary from this amount upon completion of the partnership tax returns. In the case of Lake Lucy Groves, I have received no distributions. I expect that the Grove partnership will break even or show a small loss once K-1s are prepared.

**IX. CERTIFICATION.**

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____  Date __1/7/97__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
One Columbus Circle, N.E., Suite 2-301
Washington, DC 20544

Digitized by Google